# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.  1:08CR517** |
| | ) | |
| **PLAINTIFF** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **JACK HOOKS,** | ) | |
| | ) | **ORDER** |
| **DEFENDANT.** | ) | |
| | ) | |

This matter is before the Court upon Magistrate Judge Kenneth S. McHargh's Report and Recommendation that the Court ACCEPT Defendant Jack Hooks' ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Dkt. # 20).

On December 17, 2008, the government filed an Indictment against Defendant. (Dkt. # 1).  On April 27, 2009, this Court issued an order assigning this case to Magistrate Judge McHargh for the purpose of receiving Defendant's guilty plea. (Dkt. # 17).

On May 1, 2009, a hearing was held in which Defendant entered a plea of guilty to Count 1 of the Indictment, labor union embezzlement, in violation of 29 U.S.C. § 501(c).  Magistrate Judge McHargh received Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea

and enter a finding of guilty. (Dkt. # 20).

Neither party objected to the Magistrate Judge's R&R in the ten days after it was issued.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found to be competent to enter a plea. The Defendant understood his constitutional rights. He is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of Count 1 in violation of 29 U.S.C. § 501(c). The sentencing will be held on September 16, 2009, at 9:30 a.m.

**IT IS SO ORDERED**.

**/s/ Peter C. Economus - May 20, 2009**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**